UNITED STATES of America, Plaintiff–Appellee

v.

Motaz Wasif AMREYA, Defendant–Appellant.

No. 08–10905
Conference Calendar.

United States Court of Appeals, Fifth Circuit.

June 16, 2009.

Jay Stevenson Weimer, U.S. Attorney's Office Northern District of Texas, Fort Worth, TX, for Plaintiff–Appellee.

Mark R. Danielson, Mansfield, TX, for Defendant–Appellant.

Before SMITH, BENAVIDES, and HAYNES, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Motaz Wasif Amreya has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Amreya has filed a response. Our independent review of the record, counsel's brief, and Amreya's response discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2. Amreya's motion to proceed pro se is DENIED. *See United States v. Wagner,* 158 F.3d 901, 902–03 (5th Cir.1998).

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.